

U.S. Department of Justice
United States Attorney
District of New Jersey

970 Broad Street, Suite 700     (973)645-2700
Newark, NJ 07102

December 15, 2011

Hon. Susan D. Wigenton
Judge, United States District Court
King Federal Courthouse
50 Walnut Street
Newark, N.J. 07102

        Re:    United States of America v. Valery Rimerman
               and PNC Bank
               CRIMINAL No. 08-921

Dear Judge Wigenton:

       Enclosed for Your Honor's signature, please find the Application and Order for Writ of Garnishment in the above-captioned matter.

       If this Order meets with your approval, kindly sign and forward the Order along with the Writ of Garnishment, Clerk's Notice of Garnishment and Instructions to Defendant on How to Claim Exemptions to the Clerk's Office for filing.

       Thank you.

                                   Respectfully submitted,

                                   PAUL J. FISHMAN
                                   United States Attorney

                     By:    KELLY PARKER-BATTLE
                          Financial Specialist
                          (973) 645-2834

LEAH A. BYNON
ASSISTANT U.S. ATTORNEY

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **VALERY RIMERMAN,** *Defendant,* and **PNC BANK, and its successors or assigns,** *Garnishee.* | Hon. Susan D. Wigenton  CRIMINAL No. 08-921  APPLICATION AND ORDER FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Valery Rimerman, social security number *******2248, whose last known address is Closter, NJ 07624 in the above cited action in the amount of $200,680.20, plus interest at the rate of % per annum and penalties.

The total balance due and owing as of December 15, 2011 is $101,096.86.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from December 15, 2011, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Valery Rimerman has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Valery Rimerman. Included but not limited to account numbers xxxxx10505 and xxxxx14481.

The name and address of the Garnishee or his authorized agent is:

> PNC Bank
> 500 First Avenue
> Pittsburgh, PA 15222

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

PAUL J. FISHMAN
United States Attorney

By: LEAH A. BYNON
Assistant U.S. Attorney

**IT IS**, on this 20th day of Dec, 2011,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. Susan D. Wigenton, JUDGE
UNITED STATES DISTRICT COURT