UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       Plaintiff,                Criminal No. 08-921-01

v.                              :

VALERY RIMERMAN                **O R D E R**

       Defendant.               :

For reasons placed on the record on August 7, 2012;

It is on this 10th day of August, 2012,

Hereby ORDERED that the motions for hearing [Doc #'s 24 and 25] are denied.

_____
SUSAN D. WIGENTON
United States District Judge